**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jhony Gerardo Castillo Castellanos,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No.: 2:26-cv-01980-JAD-MDC

**Order Granting Petitioner's Motion to Dismiss and Closing Case**

[ECF No. 15]

Petitioner Jhony Gerardo Castillo Castellanos filed a pro se petition for a writ of habeas corpus in July 2026.[1] I appointed counsel and ordered him to file a counseled amended petition.[2] Castellanos now moves to dismiss his case because he was removed to Honduras on July 22, 2026.[3] Because Castellanos's removal renders moot the claims in his petition, I grant his motion and close this case.

IT IS THEREFORE ORDERED that Jhony Gerardo Castillo Castellanos's motion to dismiss **[ECF No. 15] is GRANTED**. The Clerk of Court is directed to CLOSE THIS CASE.

U.S. District Judge Jennifer A. Dorsey
September 1, 2026

[1] ECF Nos. 1-1, 4.

[2] ECF No. 3.

[3] ECF No. 15; *see also* ECF No. 14 (respondents' status report confirming removal).